Katie B. Blakey, Esq.
Nevada Bar No. 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas 75201.2931
Telephone: 214.880.8100
Facsimile: 214.880.0181
kblakey@littler.com

Hayley J. Cummings, Esq.
Nevada Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
hcummings@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CONNIE DAVIS, an individual,

Plaintiff,

v.

WAL-MART ASSOCIATES, INC. a Delaware Corporation,

Defendant.

Case No. 3:26-cv-00487-MMD-CLB

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT WAL-MART ASSOCIATES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Connie Davis, ("Plaintiff"), by and through her attorneys of record, Jemma E. Dunn, Esq., Matthew T. Hale, Esq., and Jorge "Coco" Padilla, Esq., of Greenberg Gross LLP; and Defendant Wal-Mart Associates, Inc. ("Defendant"), by and through its attorneys of record, Katie B. Blakey, Esq. and Hayley J. Cummings, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint from the current deadline of July 22, 2026, up to and including **August 12, 2026**.

///

///

Good cause exists for the requested extension because Defendant's counsel was recently retained and requires additional time to review the allegations in the Complaint, investigate the claims, and prepare a responsive pleading.

This is the first request for an extension of time for Defendant to respond to the Complaint. The request is made in good faith and not for the purpose of delay, and the requested extension will not prejudice any party.

Dated: July 16, 2026

GREENBERG GROSS LLP

_/s/ Coco Padilla_
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Jorge "Coco" Padilla, Esq.

Attorneys for Plaintiff
CONNIE DAVIS

Dated: July 16, 2026

LITTLER MENDELSON, P.C.

Hayley J. Cummings

Katie B. Blakey. Esq.
Hayley J. Cummings, Esq.

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**IT IS SO ORDERED:**

UNITED STATE MAGISGTRATE JUDGE

DATED: July 16, 2026.

LITTLER
MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas
75201.2931
214.880.8100